GRAZIA M. GALUPPO, IN PRO PER
27145 MANOR CIRCLE
SANTA CLARITA, CA 91354
PHONE: (661) 212-1065

GRAZIA M. GALUPPO, IN PRO PER

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAZIA M. GALUPPO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTFED FINANCIAL CORP., a Delaware Corporation d.b.a. FIRST FEDERAL BANK OF CALIFORNIA; SEASIDE FINANCIAL CORPORATION, a California Corporation; T.D. SERVICE FINANCIAL CORPORATION, a California Corporation d.b.a. T.D. SERVICE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV09-7648 FMC (RCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>*and order thereon* |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Grazia M. Galuppo voluntarily dismisses the above-captioned action with prejudice.

DATED: December 15, 2009

_____
GRAZIA M. GALUPPO,
In Pro Per

IT IS SO ORDERED DEC 28 2009
DATED
_____
UNITED STATES DISTRICT JUDGE
FLORENCE-MARIE COOPER

9194 NOT_DISMISSAL.doc

CV09-7648 FMC (RCx)

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 800, Los Angeles, California 90067-2512.

On December 23, 2009, I served true copies of the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Ryan T. Waggoner, Esq.<br>Epport, Richman & Robbins, LLP<br>1875 Century Park East, Suite 800<br>Los Angeles, California 90067 | Attorneys for Defendants FIRSTFED FINANCIAL CORP., FIRST FEDERAL BANK OF CALIFORNIA, SEASIDE FINANCIAL CORPORATION, T.D. SERVICE FINANCIAL CORPORATION, T.D. SERVICE COMPANY |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Epport, Richman & Robbins, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2009, at Los Angeles, California.

_____
Letty Toscano

9194 NOT_DISMISSAL.doc

CV09-7648 FMC (RCx)